# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mancari's Chrysler Jeep, Inc.

                Plaintiff,

v.                                     Case No.: 1:21–cv–05452

                                     Honorable John Z. Lee

Falls Lake National Insurance Company

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 12, 2022:

      MINUTE entry before the Honorable John Z. Lee:In light of the issues raised in Defendant's motion to dismiss, discovery in this case is stayed until the Court rules on the motion. The status hearing previously set for 1/13/22 is stricken. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.