# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mancari's Chrysler Jeep, Inc.

             Plaintiff,

v.                      Case No.: 1:21−cv−05452

                     Honorable John Z. Lee

Falls Lake National Insurance Company

             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 2, 2022:

  MINUTE entry before the Honorable John Z. Lee: Pursuant to the notice of voluntary dismissal [25], all of Plaintiff's claims are dismissed without prejudice. Defendant's motion to dismiss [20] is denied as moot. Civil case terminated.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.